UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO VAUGHN,
    Plaintiff,

v.                                               Case No. 10-14019
                                               Honorable Patrick J. Duggan

COUNTY OF WASHTENAW,
    Defendant.
_____/

## JUDGMENT

On October 7, 2010, Plaintiff Antonio Vaughn filed this lawsuit against his employer, Defendant County of Washtenaw, claiming that Defendant violated state and federal law when it removed Plaintiff from the work schedule from July 2009 through late March 2010, due to erroneous medical documentation. On March 14, 2011, Defendant moved for summary judgment pursuant to Federal Rule of Civil Procedure 56. In an Opinion and Order entered on this date, the Court granted Defendant's motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint against Defendant is **DISMISSED WITH PREJUDICE**.

Dated: June 8, 2011                    s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copies to:
Nicholas Roumel, Esq.
Thomas R. Wurst, Esq.
Keith E. Eastland, Esq.